UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WATSON,

                Plaintiff,

-against-

P.O. JOHN DOE #1; C.O. JOHN DOE #2; CAPTAIN JOHN DOE,

                Defendants.

24-CV-9765 (ALC)

VALENTIN ORDER

**ANDREW L. CARTER, United States District Judge:**

      Plaintiff Mark Watson, who is currently incarcerated in the Elmira Correctional Facility ("Elmira"), is proceeding *pro se* and *in forma pauperis.* He filed this action under 42 U.S.C. § 1983, alleging that on September 23, 2024, he was injured in a motor-vehicle accident in Bronx County, while two unidentified officers of the New York City Department of Correction ("DOC") were transporting him from Elmira to a court proceeding in Queens County.

      Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff appears to supply sufficient information to permit DOC to identify the two correction officers who were involved in the incident on September 23, 2024. Pursuant to the electronic service agreement between the Court and DOC, the Clerk of Court is directed to electronically notify DOC and the New York City Law Department ("Law Department") of this order. The court directs the Law Department, which is the attorney for and agent of DOC, to ascertain the identity and badge number of each unidentified "John Doe" defendant whom Plaintiff seeks to sue here and the address where that defendant may be served. The Law Department must provide this information to Plaintiff and the Court within 60 days of the date of this order.

  Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals as defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly identified defendants to waive service.

## CONCLUSION

  The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the New York City Law Department respond as directed in this order.

  The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: October 27, 2025
    New York, New York

                  ANDREW L. CARTER
                  United States District Judge